# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

LAURIE J. OLSON,

       Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 07-cv-576-bbc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

The decision of defendant Michael Astrue, Commissioner of Social Security, is reversed and remanded pursuant to sentence six of 42 U.S.C. § 405(g).

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin
by Deputy Clerk

_____5/29/08_____
Date