IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAURIE J. OLSON,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-576-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff against defendant awarding plaintiff back benefits to October 19, 2003 in the amount of $56,890. Plaintiff's motion for attorney fees pursuant to 42 U.S.C. § 406(b) is granted in the amount of $14,222.50, which represents 25 percent of plaintiff's award of past due benefits awarded by the Social Security Administration.

by: M. Jacobson, Deputy Clerk
Peter Oppeneer, Clerk of Court

OCT 27 2009
Date